UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BONNIE LATIMORE,

                    Plaintiff,          19-CV-09872 (LAK)(SN)

-against-                          **ORDER**

C.R. BARD INCORPORATED, et al.,

                    Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
MICHAEL KAR,

                    Plaintiff,          19-CV-09876 (LAK)(SN)

-against-

C.R. BARD INCORPORATED, et al.,

                    Defendants.
------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    By January 31, 2020, the parties are directed to meet and confer and propose new Civil Case Management Plans for both cases, in light of the Court's January 21, 2020 order. ECF No. 16.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:  January 24, 2020
             New York, New York