UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BONNIE LATIMORE,

       Plaintiff,        19-CV-09872 (LAK)(SN)

  -against-          **ORDER**

C.R. BARD INCORPORATED, et al.,

       Defendants.
-------------------------------------------------------------X
-------------------------------------------------------------X
MICHAEL KAR,

       Plaintiff,        19-CV-09876 (LAK)(SN)

  -against-

C.R. BARD INCORPORATED, et al.,

       Defendants.
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

  A telephone conference is scheduled for Monday, February 10, 2020, at 3:30 p.m. to discuss the parties' proposed case management plan, ECF No. 19. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

               _____
               SARAH NETBURN
               United States Magistrate Judge

DATED: February 3, 2020
      New York, New York