UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BONNIE LATIMORE,

                Plaintiff,                  19-CV-09872 (LAK)(SN)

        -against-                      **ORDER**

C R BARD INCORPORATED et al.,

                Defendants.

------------------------------------------------------------X
------------------------------------------------------------X

MICHAEL KAR,

                Plaintiff,                  19-CV-09876 (LAK)(SN)

        -against-                      **ORDER**

C R BARD INCORPORATED et al.,

                Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the close of fact discovery in these two cases on October 13, 2020, the parties are directed to meet and confer to discuss whether a settlement conference would be productive at this time. If so, the parties shall contact Courtroom Deputy Rachel Slusher at rachel_slusher@nysd.uscourts.gov. All other dates set forth in the June 16, 2020 Order remain.

**SO ORDERED.**

                                                                                           _____

DATED:     New York, New York          SARAH NETBURN
              October 15, 2020              United States Magistrate Judge