UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**BONNIE LATIMORE,**

                 **Plaintiff,**             **19-CV-09872 (LAK) (SN)**

      -against-                 **ORDER**

**C.R. BARD, INC., et al.,**

                 **Defendants.**

-----------------------------------------------------------------X
-----------------------------------------------------------------X

**MICHAEL KAR,**

                 **Plaintiff,**             **19-CV-09876 (LAK) (SN)**

      -against-                 **ORDER**

**C.R. BARD, INC., et al.,**

                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties in the above-captioned cases filed a joint letter with the Court on November 12, 2020, indicating that they have reached a settlement in principle. Accordingly, the Court respectfully directs the Clerk of Court to enter a 120-day STAY in both cases, while the parties finalize the terms of their settlement. The parties shall file a joint status letter with the Court no later than March 13, 2021, or upon completing their settlement, whichever occurs first.

**SO ORDERED.**

                                                       _____
                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:  November 13, 2020
              New York, New York