UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BONNIE LATIMORE,

                           **Plaintiff,**                        19-CV-09872 (LAK) (SN)

            -against-                                **ORDER**

**C.R. BARD, INC., et al.,**

                           **Defendants.**
-----------------------------------------------------------------X
-----------------------------------------------------------------X

**MICHAEL KAR,**

                           **Plaintiff,**                        19-CV-09876 (LAK) (SN)

            -against-                                **ORDER**

**C.R. BARD, INC., et al.,**

                           **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties in the above-captioned cases appeared before the Court for a status conference on May 17, 2021. As discussed at the conference, both cases shall remain STAYED for an additional 60 days while the parties finalize settlement. A joint status letter is due on July 17, 2021. If settlement is reached before that date, the parties shall file a stipulation of dismissal.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:   May 17, 2021
                New York, New York